AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✖ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| DOCKET NO.<br>8:23-cv-2509-VMC-NHA | DATE FILED<br>November 3, 2023 |
| | 401 W. Central Boulevard, Suite 1200<br>Orlando, FL 32801 |

| PLAINTIFF | DEFENDANT |
|---|---|
| PAUL MARTINKA | RAWW DIGITAL, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ✖ Order   ☐ Judgment | ☐ Yes   ✖ No | January 22, 2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ELIZABETH M. WARREN | Estrella Melians | January 23, 2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

```
Message-Id:<23995501@flmd.uscourts.gov>
Subject:Activity in Case 8:23-cv-02509-VMC-NHA Martinka v. Raww Digital, LLC
Order
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 1/22/2024 at 5:51 PM EST and filed on 1/22/2024

| | |
|---|---|
| **Case Name:** | Martinka v. Raww Digital, LLC |
| **Case Number:** | [8:23-cv-02509-VMC-NHA](#) |
| **Filer:** | |
| **WARNING: CASE CLOSED on 01/18/2024** | |
| **Document Number:** | 28(No document attached) |

**Docket Text:**
**ENDORSED ORDER: Pursuant to the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Doc. # [27]), this case is dismissed with prejudice, and with each party bearing its own attorney's fees and costs. Signed by Judge Virginia M. Hernandez Covington on 1/22/2024. (JAK)**


**8:23-cv-02509-VMC-NHA Notice has been electronically mailed to:**

Gregory P. Holder     greg@zinoberdiana.com, candee@zinoberdiana.com

Craig B. Sanders     csanders@sanderslaw.group, ecf@sanderslaw.group, ecf-group-b@sanderslaw.group

Darren Adam Heitner     Darren@HeitnerLegal.com, alan@heitnerlegal.com, heitner@gmail.com

Joshua D. Vera     jvera@sanderslaw.group, ecf@sanderslaw.group, ecf-group-b@sanderslaw.group

**8:23-cv-02509-VMC-NHA Notice has been delivered by other means to:**